UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RYAN MINETT,

                Plaintiff,

  -against-

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

[PROPOSED]
**JUDGMENT PURSUANT TO RULE 68**

21-cv-08161 (CM)(GWG)

      **WHEREAS,** Plaintiff commenced this action by filing a complaint on October 1, 2021 alleging that Defendants violated his rights under the federal constitution and state law; and

      **WHEREAS,** on May 17, 2022, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants offered to allow Plaintiff to take judgment against the City of New York for Plaintiff's federal claims; and

      **WHEREAS,** on May 31, 2022, Plaintiff accepted Defendants' Rule 68 Offer of Judgment;

      **NOW, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

      1. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff will take judgment against defendant City of New York in this action for the sum of Seven Thousand Five Hundred and One Dollars ($7,501.00), plus reasonable attorneys' fees, expenses and costs to the date of the offer – May 17, 2022 - for the Plaintiff's federal claims.

      2. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising

out of the alleged acts or omissions of Defendants or any official, employee, or agent, either past or present, of the City of New York, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

3. This judgment shall not to be construed as an admission of liability by Defendants or any official, employee, or agent of the City of New York, or any agency thereof; nor is it an admission that Plaintiff has suffered any damages.

4. In accepting the Defendants' offer of judgment, Plaintiff releases and discharges Defendants; their successors or assigns; and all past and present officials, employees, representatives, and agents of the City of New York, or any agency thereof, from any and all claims that were or could have been alleged by Plaintiff arising out of the facts and circumstances that are the subject of this action.

5. By accepting the offer of judgment, Plaintiff waived the Plaintiff's rights to any claim for interest on the amount of the judgment.

6. By accepting the offer of judgment, Plaintiff agreed that the aforesaid payment of Seven Thousand Five Hundred and One Dollars ($7,501.00) within ninety (90) days of the date of acceptance of the offer shall be a reasonable time for such payment, unless Plaintiff received medical treatment in connection with the underlying claims in this case for which Medicare has provided, or will provide, payment in full or in part. If Plaintiff is a Medicare recipient who received medical treatment in connection with the claims in this case, the ninety (90) day period for payment shall start to run from the date Plaintiff submits to Counsel for Defendants a final demand letter from Medicare.

7. By acceptance of this Rule 68 Offer of Judgment, Plaintiff agrees to resolve any claim that Medicare may have for reimbursement of conditional payments

it has made as secondary payer, and a Medicare Set-Aside Trust shall be created, if required by 42 U.S.C. § 1395y(b) and 42 C.F.R. §§ 411.22 through 411.26. Plaintiff further agrees to hold harmless defendants and all past and present officials, employees, representatives and agents of the City of New York, or any agency thereof, regarding any past and/or future Medicare payments, presently known or unknown, made in connection with this matter.

Dated: New York, New York
      June 1, 2022

_____
HON. COLLEEN MCMAHON U S D J
                           Part I