Gideon@GideonLaw.com*

GideonLaw.com

**Gideon Orion Oliver**

—ATTORNEY AT LAW—

He/him/his

277 Broadway, Suite 1501

New York, NY 10007

1825 Foster Avenue,

Brooklyn, NY 11230

**Office:** (718) 783-3682

**Signal:** (646) 263-3495

**Fax:** (646) 349-2914*

*Not for service

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/2022

June 10, 2022

**BY ECF**

Hon. Colleen McMahon

United States District Judge

United States District Court

Southern District of New York

500 Pearl Street

New York, NY 10007

6/15/2022 Extension granted

MEMO ENDORSED

Re:   *In Re: New York City Policing During Summer 2020 Demonstrations*,
20-cv-8924 (CM)(GWG)
This filing is related to: *Minett v. City of New York, et al.*,
21-cv-8161 (CM)(GWG)

Your Honor:

I am co-counsel for Plaintiff Ryan Minett in the *Minett* case.

On May 31, 2022, Mr. Minett accepted a Rule 68 offer from Defendants in the amount of $7,501.00, plus reasonable attorneys' fees, expenses, and costs to the date of the offer – May 17, 2022. *See* Dkt. No. 23.

On June 1, 2022, the Court entered judgment pursuant to Rule 68. *See* Dkt. No. 25.

The deadline by which Plaintiffs must make an application to the Court to fix reasonable attorneys' fees, expenses, and costs will run on June 15, 2022.

Plaintiff now asks that the Court extend that deadline for a period of two months so that the parties can attempt to resolve the claim for attorneys' fees, expenses, and costs without the need for a formal application to the Court. Defendants consent to this application.

Plaintiff thanks Your Honor for the Court's attention to this matter.

Respectfully submitted,

/S/

Gideon Orion Oliver