# COHEN & GREEN

**MEMO ENDORSED**

August 1, 2022

**BY ECF**
Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Granted.

/s/ Colleen McMahon
8/2/2022

Re:   *In Re: New York City Policing During Summer 2020 Demonstrations*,
      20-cv-8924 (CM)(GWG)
      This filing is related to: This filing is related to: *Minett v. City of New York, et al.*, 21-cv-8161 (CM)(GWG)

Your Honor:

I am co-counsel for Plaintiff Ryan Minett in the *Minett* case. On May 31, 2022, Mr. Minett accepted a Rule 68 offer from Defendants in the amount of $7,501.00, plus reasonable attorneys' fees, expenses, and costs to the date of the offer – May 17, 2022. *See* Dkt. No. 23.

On June 1, 2022, the Court entered judgment pursuant to Rule 68. *See* Dkt. No. 25. On June 15, 2022, the Court granted an extension of time, until August 15, 2022, by which Plaintiff must make an application to the Court to fix reasonable attorneys' fees, expenses, and costs. *See* Dkt. No. 27.

Plaintiff now asks that the Court extend that deadline for a period of six weeks, until October 3, 2022, so that the parties can continue to attempt to resolve the claim for attorneys' fees, expenses, and costs without the need for a formal application to the Court. Defendants consent to this application.

Plaintiff thanks Your Honor for the Court's attention to this matter.

Respectfully submitted,

/S/

Elena L. Cohen