# COHEN & GREEN

January 20, 2023

Hon. Colleen McMahon
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Handwritten endorsement:* Granted. In my experience, Corp Counsel slower than molasses, but it might, but it does, get done.

1/23/2023

By Electronic Filing.

Re:   **In Re: New York City Policing During Summer 2020 Demonstrations,**
      **20-cv-8924 (CM)(GWG) –**
      This filing is related to Hernandez, 21-cv-7406 and Minett, 21-cv-8161

Dear Judge McMahon:

MEMO ENDORSED

My firm and co-counsel represent the Plaintiffs in *Hernandez, et al. v. City of New York, et al.*, and *Minett v. City of New York, et al.*, which were consolidated into the *In Re: New York City Policing During Summer 2020 Demonstrations*, 20-cv-8924 (CM)(GWG) docket for discovery purposes. Both *Hernandez* and *Minett* resolved on a Rule 68 offer, each of which also provided for attorneys' fees. Currently, an application for attorney's fees would be due on January 23, 2022.

The parties reached an agreement in principle as to attorney's fees on January 12, 2023. Despite repeated requests, Defendants have not yet sent proposed settlement paperwork for Plaintiffs' review. Given that, Plaintiffs in both the *Hernandez* and *Minett* matters ask the Court to grant an extension of the time for 30 days, until February 22, 2023, for Plaintiffs to file the fee applications in both *Minett* and *Hernandez*, should the process of reducing the settlement to writing not be successful.

Defendants oppose this request.

As always, we thank the Court for its continued time and attention.

Respectfully submitted,

/s/

Elena L. Cohen
 *Honorific/Pronouns: Ms., she/her/her*
**COHEN&GREEN P.L.L.C.**
*Attorneys for Hernandez and Minett Plaintiffs*
1639 Centre St., Suite 216
Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.

Page 2 of 2

Cohen&Green P.L.L.C.  ·  1639 Centre Street, Suite 216 · Ridgewood, New York · 11385  ·  t: (929) 888.9480  ·  f: (929) 888.9457  ·  FemmeLaw.com